FILED
HARRISBURG, PA

JUN 24 2026

PER_____ DEPUTY CLERK

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| | : |
| v. | :   No. 1:26-CR-00148 |
| | : |
| | : |
| FERNANDO RIVAS | : |
| a/k/a "EDUIN EFRAIN IRAUSQUIN- | : |
| BARRIOS" | : |
| | : |
| | : |
| Defendant. | : |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1
### 8 U.S.C. § 1326
### (Illegal Reentry)

On or about June 11, 2026, in Dauphin County, in the Middle

District of Pennsylvania, the defendant,

**FERNANDO RIVAS a/k/a "EDUIN EFRAIN IRAUSQUIN-
BARRIOS,"**

an alien, was found in the United States at or near Harrisburg,

Dauphin County, Pennsylvania, after having been removed from the

United States pursuant to law on April 7, 2015, via Alexandria,

Louisiana, and subsequent to a conviction for an aggravated felony,

without first having obtained permission for re-entry into the United

States as required by law.

In violation of Title 8, United States Code, Sections 1326(a) and (b)(2), and Title 6, United States Code, Sections 202(3) and (4) and 557.

A TRUE BILL

BRIAN D. MILLER
United States Attorney

GRAND JURY FOREPERSON

*[signature]*

EVELYN M. STONER
Assistant United States Attorney

6/24/2026

Date

2